**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION**

REBECCA TAYLOR,                          :

     Plaintiff,                          :

vs.                                                :        CA 04-0686-CB-C

JO ANNE B. BARNHART,     :
Commissioner of Social Security,

                             :

     Defendant.

**ORDER**

After due and proper consideration of all portions of  this file deemed relevant to the issues raised, and there having been no objections filed, the recommendation of the Magistrate Judge made under 28 U.S.C. § 636(b)(l)(B) and dated April 27, 2005 is **ADOPTED** as the opinion of this Court.

**DONE** this 27th day of May         , 2005.

                               **s/CHARLES R. BUTLER, JR.**
                               **SENIOR UNITED STATES DISTRICT JUDGE**