## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF ALABAMA
## SOUTHERN DIVISION

REBECCA TAYLOR,               :

    Plaintiff,              :

vs.                                              CA 04-0686-CB-C

                                 :

JO ANNE B. BARNHART,
Commissioner of Social Security,     :

    Defendant.

## **ORDER**

After due and proper consideration of all portions of this file deemed relevant to the issues raised, and there having been no objections filed, the recommendation of the Magistrate Judge made under 28 U.S.C. § 636(b)(l)(B) and dated September 13, 2005 is **ADOPTED** as the opinion of this Court.

**DONE** this 21st day of October, 2005.

                                                      **s/CHARLES R. BUTLER, JR.**
                                                      **SENIOR UNITED STATES DISTRICT JUDGE**